IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN LITTLE : CIVIL ACTION
:
v. : NO. 09-1257
:
PAUL SMEAL, et al. :

**ORDER**

AND NOW, this 19th day of November, 2009, upon consideration of the pleadings and the record herein,[1] and after review of the Report and Recommendation of Elizabeth T. Hey, United States Magistrate Judge, it is hereby ORDERED that:

1. the Magistrate's Report and Recommendation is APPROVED and ADOPTED;

2. the petition for writ of *habeas corpus* is DENIED and DISMISSED;

3. there exists no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability; and

4. the Clerk of Court shall close this matter for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II        J.

---

[1] The Court notes that Petitioner has failed to file any objections to the Magistrate's Report and Recommendation.